SUE ELLEN WOOLRIDGE
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
COURTNEY TAYLOR, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 353-7548
Facsimile: (202) 305-0275

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) Case No. 2:05-CV-2492-DFL-KJM |
| Plaintiffs, | ) **STIPULATION &** |
| | ) **ORDER** |
| vs. | ) **RE: EXTENSION OF** |
| | ) **TIME TO FILE** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) **SETTLEMENT** |
| Defendants. | ) |

## STIPULATION

Pursuant to L.R. 83-143(a)(1) and L.R. 6-144(a), the parties stipulate to extending the time to file a stipulated settlement. The parties are still trying to reach final terms for the settlement agreement. The parties agree either to file a stipulated settlement or a proposed schedule for litigating the claims by June 2.

Case No. 2:05-CV-2492 DFL-KJM

1 | Dated:  May 19, 2006

3 | Respectfully submitted,

5 | SUE ELLEN WOOLDRIDGE
Assistant Attorney General
6 | JEAN E. WILLIAMS, Section Chief

7 | *S/ Courtney Taylor*
_____
8 | COURTNEY TAYLOR, Trial Attorney
9 | U.S. Department of Justice
Wildlife & Marine Resources Section
10 | Environment & Natural Resources Division
U.S. Department of Justice

12 | OF COUNSEL:

13 | VERONICA ROWAN
U.S. Department of Interior
14 | Office of the Regional Solicitor
2800 Cottage Way Room E1712
15 | Sacramento, CA 95825

16 | Attorneys for Defendants

18 | *S/ Lisa Belenky* *
_____
LISA T. BELENKY (CA Bar No. 203225)
19 | CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Stree., Suite 511
20 | San Francisco, California 94103
(415)436-9682 x 307
21 | Email: lbelenky@biologicaldiversity.org

22 | Attorneys for Plaintiffs

23 | *(as authorized on May 19, 2006)

28 | Case No.  2:05-CV-2492 DFL-KJM

**ORDER**

It is hereby ORDERED that the parties stipulated settlement or proposed schedule is due June 2, 2006.

Dated this 26th day of May, 2006.

/s/ David F. Levi
David F. Levi
Judge
United States District Court

Case No. 2:05-CV-2492 DFL-KJM

|    |
|----|
| 1  |
| 2  |
| 3  |
| 4  |
| 5  |
| 6  |
| 7  |
| 8  |
| 9  |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

Case No. 2:05-CV-2492 DFL-KJM